CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 3 1 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES R. BARTON, JR., | ) | |
| Petitioner, | ) | Civil Action No. 7:09-cv-00304 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| WARDEN COFFEEWOOD CORR. CTR. | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Barton's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**; and this

case shall be **STRICKEN** from the active docket of the court.

Barton is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal

Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of

entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send a certified copy of this Order and accompanying

Memorandum Opinion to the petitioner.

ENTER: This 3lst day of July, 2009.

_____
United States District Judge